# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON KEITH MILLER,** | : | **CIVIL ACTION NO. 3:19-CV-1770** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **K. BRITTAIN and ATTORNEY GENERAL of PENNSYLVANIA,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 10th day of April, 2020, upon consideration of petitioner Vernon Keith Miller's motion (Doc. 5) for reconsideration, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Miller's motion (Doc. 5) for reconsideration is GRANTED.

2. The court's order (Doc. 4) dismissing the above-captioned action for failure to pay the filing fee is VACATED.

3. The Clerk of Court is directed to TRANSFER the above-captioned action to the United States District Court for the Eastern District of Pennsylvania. See 28 U.S.C. § 1404(a).

4. The Clerk of Court shall thereafter CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania